**CITY OF MIAMI, FLORIDA, Appellant,**

v.

**Maggie GARMON et al., Appellees.**

**No. 16890.**

United States Court of Appeals
Fifth Circuit.

April 9, 1958.

See, also, D.C., 151 F.Supp. 953.

George S. Okell, Sr., John H. Smith, Asst. City Atty., Miami, Fla., and William L. Pallot, City Atty., Miami, Fla., for appellant.

G. E. Graves, Jr., Edwin L. Davis, Miami, Fla., F. Malcolm Cunningham, West Palm Beach, for appellees.

Before HUTCHESON, Chief Judge, and BROWN and WISDOM, Circuit Judges.

**PER CURIAM.**

The judgment is affirmed. Browder v. Gayle, D.C., 142 F.Supp. 707, affirmed 352 U.S. 903, 77 S.Ct. 145, 1 L.Ed.2d 114; Bush v. Orleans Parish School Board, D.C., 138 F.Supp. 337, affirmed Orleans Parish School Board v. Bush, 5 Cir., 242 F.2d 156; Board of Supervisors of Louisiana and Agr. and Mechanical College v. Tureaud, 5 Cir., 228 F.2d 895; City of West Palm Beach v. Collie, 5 Cir., 252 F.2d 299; City of Miami v. Ward, 5 Cir., 252 F.2d 787.

**Jonathan HOLDEEN, Plaintiff-Appellant,**

v.

**Riley J. RATTERREE, as District Director of Internal Revenue, Defendant-Appellee.**

**No. 228, Docket 24885.**

United States Court of Appeals
Second Circuit.

Argued March 11, 1958.

Decided April 7, 1958.

Jonathan Holdeen, Pine Plains, N. Y., plaintiff-appellant, pro se.

Louise Foster, Atty., Dept. of Justice, Washington, D. C. (Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson and Melva M. Graney, Attys., Dept. of Justice, Washington, D. C., and Theodore F. Bowes, U. S. Atty., N.D.N.Y., Syracuse, N. Y., on the brief), for defendant-appellee.

Before CLARK, Chief Judge, and L. HAND and HINCKS, Circuit Judges.

**PER CURIAM.**

Affirmed on the opinion and decision of District Judge Brennan, D.C.N.D.N.Y., 155 F.Supp. 509.